UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,  <br><br>    Plaintiff,  <br><br>v.  <br><br>DEPARTMENT OF JUSTICE,  <br><br>    Defendant. | Civil Action No. 23-0133 (TJK) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Erika Oblea as counsel for Defendant in the above-captioned matter.

Dated: February 27, 2023

                                                  Respectfully submitted,

                                                  By:      /s/ Erika Oblea  
                                                        ERIKA OBLEA, D.C. BAR #1034393  
                                                        Assistant United States Attorney  
                                                        601 D Street, NW  
                                                        Washington, DC 20530  
                                                        (202) 252-2567  
                                                        erika.oblea@usdoj.gov

                                                  *Counsel for Defendant*