UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIX THE COURT,<br><br>            Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF JUSTICE,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 23-0133 (TJK)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant, the United States Department of Justice ("Defendant" or "the Department"), by and through undersigned counsel, respectfully submits this Answer to the Complaint filed by Plaintiff, Fix the Court ("Plaintiff"). This case arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. This case is exempt from the requirements of Rules 16(b) and 26(f) of the Rules of Civil Procedure, pursuant to Local Civil Rule 16.3(b)(10).

**RESPONSES TO NUMBERED PARAGRAPHS**[1]

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents in response; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials are: (a) correctly cited or quoted by Plaintiff; (b) relevant to this, or any other, action; or (c) admissible in this, or any other, action. Defendant expressly denies all allegations in the Complaint, including the relief sought, that are

---

[1] For ease of reference, Defendant's Answer replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

1

not specifically admitted or otherwise qualified in this Answer.  Defendant responds to the Complaint in like numbered paragraphs as follows:

1. This paragraph sets forth Plaintiff's characterization of the instant lawsuit and the relief sought, to which no response is required.  To the extent a response is required, Defendant admits that Plaintiff brings this case under the FOIA but denies that Plaintiff is entitled to the relief requested or any relief whatsoever.

**Jurisdiction and Venue**

2. This paragraph consists of conclusions of law regarding jurisdiction and venue to which no response is required.  To the extent a response is required, Defendant admits that this Court has subject matter jurisdiction under FOIA, subject to its terms and limitations.  Defendant also admits that venue is proper in this judicial district for proper FOIA challenges.

**The Parties**

3. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. Admit.

**Plaintiff's FOIA Request and Defendant's Response**

5. Defendant admits that the United States Marshals Service ("USMS") received a FOIA request dated September 23, 2022, from Plaintiff.  The remainder of this paragraph sets forth Plaintiff's characterization of its FOIA request, to which no response is required.  To the extent a response is deemed necessary, Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its content.

6. Admit.

7. Admit.

8. Admit.

9. Defendant admits that, as of the date of the filing of the Complaint, the USMS has made no determination with respect to Plaintiff's FOIA request.

10. Defendant admits that, as of the date of the filing of the Complaint, the USMS has made no determination with respect to Plaintiff's FOIA request.

## CAUSE OF ACTION

**Violation of the Freedom of Information Act for Wrongful Withholding of Agency Records**

11. Defendant incorporates its responses set forth above in paragraphs 1 through 10.

12. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendant denies.

13. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendant denies.

14. This paragraph consists of conclusions of law, not allegations of fact, to which no response is required. To the extent a response is required, Defendant denies.

## Requested Relief

The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

## DEFENSES

Defendant alleges the following defenses to the Complaint. In asserting these defenses, Defendant does not assume the burden to establish any fact or proposition where that burden is properly imposed upon Plaintiff. Defendant respectfully requests and reserves the right to

amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of litigation.

## FIRST DEFENSE

Some or all of the requested documents or information are exempt from disclosure, in whole or in part, under 5 U.S.C. § 552(b).

## SECOND DEFENSE

Plaintiff is not entitled to compel production of responsive records protected from disclosure by one or more exemptions or exclusions to the FOIA, 5 U.S.C. § 552, as amended.

## THIRD DEFENSE

The Court lacks jurisdiction to award relief that exceeds the relief authorized under FOIA, 5 U.S.C. § 552.

## FOURTH DEFENSE

Plaintiff is neither eligible nor entitled to attorney's fees or costs.

## FIFTH DEFEENSE

To the extent that Defendant has exercised due diligence in processing Plaintiff's request and exceptional circumstances exist, Defendant reserves the right to pursue relief, including additional time to process the request. 5 U.S.C. § 552(a)(6)(C).

*****

Dated:  February 27, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Erika Oblea
ERIKA OBLEA, DC BAR #1034393
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*