UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>  Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civil Action No. 23-0133 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 28, 2023, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Marshals in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

USMS has completed its search for potentially responsive records and has located approximately 4,683 pages of potentially responsive records. USMS is processing the records it has located and expects to make one release of all nonexempt portions of responsive records on or before December 31, 2023.

Given this status, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time. The parties propose filing another status report on or before July 31, 2023, to update the Court on the USMS's processing. The parties will continue to meet and confer regarding any issues that may arise.

Dated: March 17, 2023

_____/s/_____
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/_____
ERIKA OBLEA, D.C. Bar #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
erika.oblea@usdoj.gov

*Counsel for Defendant*