UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-0133 (TJK) |
| DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 20, 2023, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

The USMS has completed its search for potentially responsive records and has located approximately 4,683 pages of potentially responsive records. The USMS continues to process the records it has located. The USMS made an interim release of records on July 21, 2023. The USMS remains on track to make its final release of all nonexempt portions of responsive records on or before December 31, 2023.

Given this status, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time. The parties propose filing another status report on or before November 30, 2023, to update the Court on the USMS's processing. The parties will continue to meet and confer regarding any issues that may arise.

Dated: July 26, 2023              Respectfully submitted,

                                  MATTHEW M. GRAVES, DC Bar #481052
                                  United States Attorney

/s/_____
DAVID L. SOBEL, D.C. Bar No. 360418       BRIAN P. HUDAK
5335 Wisconsin Avenue, N.W.               Chief, Civil Division
Suite 640
Washington, DC 20015              By:   /s/_____
(202) 246-6180                          ERIKA OBLEA, D.C. Bar #1034393
                                        Assistant United States Attorney
*Counsel for Plaintiff*                 U.S. Attorney's Office, Civil Division
                                        601 D Street, N.W.
                                        Washington, DC 20530
                                        (202) 252-2567
                                        erika.oblea@usdoj.gov

                                        *Counsel for Defendant*