UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIX THE COURT,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 23-0133 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated November 29, 2023, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

As previously reported, the USMS made an interim release of records on July 21, 2023. Although USMS had anticipated making its final production on or before December 31, 2023, the USMS anticipates making its final release of all nonexempt portions of responsive Forms USM 535, *Requests for Special Assignment Resources* dated January 1, 2018, through May 31, 2022, on or before December 31, 2023.

As of May 2022, the USMS phased out its use of Form USM 535 – *Request for Special Assignment Resources.* Accordingly, to provide records to Plaintiff evidencing USMS assistance to SCOTUS personnel for the timeframe of June 1, 2022, to September 30, 2022, the USMS conducted and completed its search for potentially responsive email records.  The USMS located

114 pages of potentially responsive email records which are currently undergoing internal review. While the USMS hopes to produce as many nonexempt portions of records resulting from this additional search on or before December 31, 2023, the USMS may require additional time to process any responsive emails dated June 1, 2022, through September 30, 2022.

Given this status, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time. The parties propose filing another status report on or before February 20, 2024, to update the Court on the USMS's production. The parties will continue to meet and confer regarding any issues that may arise.

Dated: December 20, 2023

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

*/s/ David L. Sobel*
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Thomas W. Duffey*
     THOMAS W. DUFFEY
     Assistant United States Attorney
     U.S. Attorney's Office, Civil Division
     601 D Street, N.W.
     Washington, DC 20530
     (202) 252-2510
     Thomas.duffey@usdoj.gov

*Counsel for Defendant*