UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FIX THE COURT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 23-0133 (TJK) |
| DEPARTMENT OF JUSTICE, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 21, 2023, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

To date, the USMS has made two interim releases of records, the first on July 21, 2023, and the second on December 22, 2023, for a total of 4,042 pages.   These two releases contain the Form USM 535 – *Request for Special Assignment Resources* located by the USMS for the period of January 1, 2018, through September 30, 2022.

As of May 2022, the USMS phased out its use of Form USM 535 – *Request for Special Assignment Resources.*  Accordingly, to provide records to Plaintiff evidencing USMS assistance to SCOTUS personnel for the timeframe of June 1, 2022, to September 30, 2022, the USMS conducted and completed its search for potentially responsive email records.  The USMS located 114 pages of potentially responsive email records which are currently undergoing internal review.

Plaintiff has recently requested further information regarding the USMS's recent release, which the USMS has provided.  The parties intend to continue their discussions about these matters, with an eye toward narrowing or resolving any disputes without litigation.

Given this status, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time. The parties propose filing another status report on or before April 19, 2024, to update the Court on the USMS's final production. The parties will continue to meet and confer regarding any issues that may arise.

Dated: February 20, 2024

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

/s/ David L. Sobel
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ Thomas W. Duffey
     THOMAS W. DUFFEY
     Assistant United States Attorney
     U.S. Attorney's Office, Civil Division
     601 D Street, N.W.
     Washington, DC 20530
     (202) 252-2510
     Thomas.duffey@usdoj.gov

     *Counsel for Defendant*