UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FIX THE COURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-0133 (TJK) |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated February 21, 2024, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

To date, the USMS has made two releases of records, the first on July 21, 2023, and the second on December 22, 2023, for a total of 4,042 pages.   These two releases contain the Form USM 535 – *Request for Special Assignment Resources* located by the USMS for the period of January 1, 2018, through September 30, 2022.

As of May 2022, the USMS phased out its use of Form USM 535 – *Request for Special Assignment Resources.*  Accordingly, to provide records to Plaintiff evidencing USMS assistance to SCOTUS personnel for the timeframe of June 1, 2022, to September 30, 2022, the USMS provided responsive email records.  These email records, a total of 114 pages, were released to Plaintiff on April 12, 2024.

The parties intend to continue their discussions regarding the recent release, and other matters concerning the prior releases, with an eye toward narrowing or resolving any disputes without litigation.

Given the above, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time.  The parties propose filing another status report on or before May 20, 2024, to update the Court on the status of their discussions.

Dated: April 18, 2024

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

/s/  David L. Sobel
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

BRIAN P. HUDAK
Chief, Civil Division

By: ___/s/ Thomas W. Duffey_____
    THOMAS W. DUFFEY
    Assistant United States Attorney
    U.S. Attorney's Office, Civil Division
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-2510
    Thomas.duffey@usdoj.gov

*Counsel for Plaintiff*

    *Counsel for Defendant*