UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 23-0133 (TJK) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated April 23, 2024, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

As previously reported, USMS has completed its processing and production in response to Plaintiff's request. The parties continue to meet and confer regarding Defendant's production, with an eye toward narrowing or resolving any disputes without litigation. In this light, the parties believe that summary judgment briefing and the filing of a *Vaughn* index is premature at this time. The parties propose filing another status report on or before June 20, 2024, to update the Court on the status of their discussions.

| | |
|---|---|
| Dated: May 20, 2024 | Respectfully submitted, |
| | MATTHEW M. GRAVES, DC Bar #481052<br>United States Attorney |
| _____/s/_____<br>DAVID L. SOBEL, D.C. Bar No. 360418<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, DC 20015<br>(202) 246-6180<br><br>*Counsel for Plaintiff* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: _____/s/_____<br>ERIKA OBLEA, DC BAR #1034393<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2567<br>erika.oblea@usdoj.gov<br><br>*Counsel for Defendant* |