UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,<br><br>   Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 23-0133 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated May 21, 2024, the parties provide the following Joint Status Report in this Freedom of Information Act ("FOIA") action regarding Plaintiff's request to the U.S. Marshals Service ("USMS") for "Request for Special Assignment Resources" reports prepared for travel taken and events attended by U.S. Supreme Court Justices in which they were accompanied by USMS personnel between January 1, 2018, and September 30, 2022. *See* Compl. ¶ 5, ECF No. 1.

As previously reported, USMS completed its processing and production in response to Plaintiff's request. Plaintiff thereafter raised certain questions about USMS's production. On June 5, 2024, USMS made a supplemental release to Plaintiff.

Plaintiff has indicated that it is satisfied with USMS's production and that the only remaining issue for this litigation is its request for attorney's fees and costs. The parties expect to meet and confer on Plaintiff's request and propose filing another status report on or before August 19, 2024, to update the Court on the status of their discussions, unless a stipulation of dismissal is filed before then.

| | |
|---|---|
| Dated: June 20, 2024 | Respectfully submitted, |
| | MATTHEW M. GRAVES, DC Bar #481052<br>United States Attorney |
| */s/ David L. Sobel*<br>DAVID L. SOBEL, D.C. Bar No. 360418<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, DC 20015<br>(202) 246-6180 | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:  */s/ Erika Oblea*<br>ERIKA OBLEA, DC BAR #1034393<br>Assistant United States Attorney<br>U.S. Attorney's Office, Civil Division<br>601 D Street, N.W.<br>Washington, DC 20530<br>(202) 252-2567<br>erika.oblea@usdoj.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |