UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIX THE COURT,             ) | |
|             ) | |
|       Plaintiff,        ) | |
|             ) | |
|     v.            ) | Civil Action No. 23-0133 (TJK) |
|             ) | |
| DEPARTMENT OF JUSTICE,    ) | |
|             ) | |
|       Defendant.       ) | |
|             ) | |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: August 9, 2024

Respectfully submitted,

MATTHEW M. GRAVES, DC Bar #481052
United States Attorney

/s/ David L. Sobel ("By Permission")
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

BRIAN P. HUDAK
Chief, Civil Division

By: _____ /s/ Erika Oblea _____
     ERIKA OBLEA, DC BAR #1034393
     Assistant United States Attorney
     U.S. Attorney's Office, Civil Division
     601 D Street, N.W.
     Washington, DC 20530
     (202) 252-2567
     erika.oblea@usdoj.gov

*Counsel for Plaintiff*

*Attorneys for the United States of America*